1 Tina Wolfson, CA Bar No. 174806
2 twolfson@ahdootwolfson.com
Theodore Maya, CA Bar No. 223242
3 tmaya@ahdootwolfson.com
4 AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
5 Los Angeles, California 90024
6 Tel: 310-474-9111; Fax: 310-474-8585

7 Daniel S. Robinson, CA Bar No. 244245          Daniel K. Bryson (*pro hac vice*)
8 drobinson@robinsonfirm.com                     Dan@wbmllp.com
Wesley K. Polischuk, CA Bar No. 254121          WHITFIELD BRYSON & MASON LLP
9 wpolischuk@robinsonfirm.com                    900 W. Morgan St.
10 ROBINSON CALCAGNIE, INC.                       Raleigh, NC 27603
19 Corporate Plaza Dr.                           Tel: 919-600-5000; Fax: 919-600-5035
11 Newport Beach, CA 92660
12 Telephone: (949) 720-1288
Fax: (949) 720-1292
13

14 Counsel for Plaintiffs

15 *[additional counsel on signature page]*
16
                    **UNITED STATES DISTRICT COURT**
17
18                  **NORTHERN DISTRICT OF CALIFORNIA**

19                      **SAN FRANCISCO DIVISION**
20

| STEVEN AGANS and AUDREY DIAZ SANCHEZ, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-06759-WHO |
| --- | --- |
| Plaintiffs, | **JOINT STIPULATION AND ORDER TO CONTINUE BRIEFING DEADLINES FOR DEFENDANTS' MOTIONS TO DISMISS AND TO COMPEL ARBITRATION** |
| v. | |
| UBER TECHNOLOGIES, INC., a Delaware Corporation, and Does 1-50 | Hearing Date:     March 14, 2018 Judge:     Hon. William H. Orrick |
| Defendant. | |

---

STIPULATION TO CONTINUE BRIEFING DEADLINES, CASE NO. 3:17-CV-06759-WHO

# JOINT STIPULATION TO CONTINUE BRIEFING DEADLINES

WHEREAS Plaintiffs Steven Agans and Audrey Diaz Sanchez (collectively, "Plaintiffs") filed the complaint in the above-captioned action against Defendant Uber Technologies, Inc. ("Defendant") on November 22, 2017 ("Complaint");

WHEREAS Defendant required an additional thirty days to respond to the Complaint, to which Plaintiffs agreed, as a courtesy, and stipulated to continue Defendant's responsive pleading deadline from December 26, 2017 to January 25, 2018 (Dkt. 16);

WHEREAS Defendant filed motions to dismiss (Dkt. 26) and to compel arbitration (Dkt. 27) (collectively, "Defendants' Motions") on January 25, 2018, which are both noticed to be heard on March 14, 2018;

WHEREAS Plaintiffs filed a motion to stay this action pending their motion to consolidate and transfer this action with now fifteen other actions before the Judicial Panel on Multidistrict Litigation, which is noticed to be heard on March 7, 2018 (Dkt. 30);

WHEREAS Plaintiffs require additional time to prepare oppositions to Defendants' Motions in light of the time and resources needed to oppose two motions at once and Plaintiffs' counsel's briefing deadlines in other matters; and

WHEREAS Defendant has agreed that Plaintiffs may, as a courtesy, have an additional thirteen days to respond to Defendants' Motions, extending Plaintiffs' deadline from February 8, 2018 to February 21, 2018 and Defendant's reply deadline from February 15, 2018 to February 28, 2018, while maintaining the current hearing date of Defendants' Motions on March 14, 2018.

STIPULATION TO CONTINUE BRIEFING DEADLINES, CASE NO. 3:17-CV-06759-WHO

NOW, THEREFORE, the parties hereby stipulate and respectfully request that the Court enter an order that:

1.      Plaintiffs' deadline to respond to Defendants' Motions be continued from February 8, 2018 to February 21, 2018;

2.      Defendant's deadline to reply to Plaintiffs' responses to Defendants' Motions be continued from February 15, 2018 to February 28, 2018.

AHDOOT & WOLFSON, PC

Dated: February 5, 2018          By:   */s/ Tina Wolfson*
                                        Tina Wolfson

                                        Counsel for Plaintiffs Steven Agans
                                        and Aubrey Diaz Sanchez


HOGAN LOVELLS US LLP

Dated: February 5, 2018          By:   */s/ Michelle Kisloff*
                                        Michelle Kisloff
                                        555 Thirteenth Street NW
                                        Washington, DC 20004
                                        Tel: (202) 637-5600
                                        Fax: (202) 637-5910
                                        *Michelle.Kisloff@hoganslovells.com*

                                        Counsel for Defendant Uber
                                        Technologies, Inc.

STIPULATION TO CONTINUE BRIEFING DEADLINES, CASE NO. 3:17-CV-06759-WHO

## ATTESTATION OF FILER

I, Tina Wolfson, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. *See* Civ. L.R. 5-1(i)(3).

Dated: February 5, 2018                        By:    */s/ Tina Wolfson*
                                                              Tina Wolfson

## ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: February 6, 2018        _____
                                             Honorable William H. Orrick
                                             UNITED STATES DISTRICT JUDGE